# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0285
Lower Tribunal No. 2019CA-004781-0000-00

_____

SCHOOL BOARD OF POLK COUNTY,

Appellant,

v.

KEYS CLAIMS CONSULTANTS, LLC f/k/a KEYS CLAIMS CONSULTANTS, INC.,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Polk County.
William D. Sites, Judge.

April 17, 2025

MIZE, J.

Pursuant to Florida Rule of Appellate Procedure 9.130(a)(3)(F)(iii), this court has jurisdiction to review nonfinal orders "that . . . deny a motion that . . . asserts entitlement to sovereign immunity." When determining whether we have jurisdiction to review a nonfinal order under this provision, based on the plain language of the rule, "our jurisdictional inquiry . . . focuses not on the challenged order, but rather on the motion that the order adjudicates." *City of Sweetwater v. Pichardo*, 314 So. 3d 540, 542 (Fla. 3d DCA 2020). In this case, the motion for

partial summary judgment denied by the nonfinal order on appeal did not assert entitlement to sovereign immunity. Therefore, this court lacks jurisdiction to review the order, and this appeal is dismissed for lack of jurisdiction.

DISMISSED.

NARDELLA and GANNAM, JJ., concur.

Hank B. Campbell, of Campbell Trohn Tamayo & Aranda, P.A., Lakeland, for Appellant.

Jean M. Henne, of Jean M Henne, P.A., Winter Haven, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED